### 40736. LUDDEN v. THE STATE.

NICHOLS, Presiding Judge. This case is controlled by the decision of this court in *Glass v. State*, 109 Ga. App. 353 (136 SE2d 199), following Avery v. Georgia, 345 U. S. 559 (73 SC 891, 97 LE 1244), and the judgment of trial court overruling the defendant's challenge to the array must be reversed. The further proceedings were nugatory.

*Judgment reversed. Hall and Russell, JJ., concur.*

DECIDED MAY 18, 1964.

*C. B. King*, for plaintiff in error.

*W. J. Forehand, Solicitor General*, contra.